IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 96–cr–00444–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARNIE PORTER,

    Defendant.

---

# ORDER

---

Upon consideration of Defendant's motion (#262) to reduce his sentence, and upon the finding that he was represented in this matter by Philip L. DuBois, counsel appointed under the Criminal Justice Act, it is

**ORDERED** as follows:

1. Philip DuBois is no longer part of the CJA panel of attorneys, therefore new CJA counsel is hereby appointed to represent Defendant under the provisions of the Criminal Justice Act. The clerk shall forthwith complete all CJA forms necessary to complete this appointment. If Defendant wishes to proceed *pro se* without appointment of counsel, he shall notify the court in writing within ten days. Similarly, if counsel cannot accept this appointment, notification shall be provided to the court in writing within ten days.

2.	Counsel shall review Defendants filing and may supplement that filing on or before April 21, 2008. The Government shall respond to any filing, as supplemented, no later than May 2, 2008.

Dated this 24th day of March, 2008.

> BY THE COURT:
>
> s/ Edward W. Nottingham
> EDWARD W. NOTTINGHAM
> Chief United States District Judge